IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC Bank, National Association, successor to National City Bank of the Midwest, | |
| Plaintiff, | Case No. 12 CV 00201 |
| Vs | Assigned Judge: Joan H. Lefkow |
| OB Leasing, L.L.C.; Alan O'Brien; Heather O'Brien | Magistrate Judge: Young B. Kim |
| Defendant. | |

## MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

NOW COMES the Plaintiff, PNC Bank, National Association, successor to National City Bank of the Midwest, by its attorneys CROWLEY & LAMB, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Defendant(s):

OB Leasing, L.L.C., Alan O'Brien, and Heather O'Brien, and as grounds thereof state:

As appears from the Affidavit of Plaintiff placed on file in support of this Motion, and from the pleadings and admissions on file, there is no genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

        PNC Bank, National Association, successor to National City Bank of the Midwest

        By: /s/ Jennifer L. Hamilton
                One of Its Attorneys

Patrick D. Lamb (ADRC#3128062)
Jennifer L. Hamilton (ARDC#6302148)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900